UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 16-00228-02 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JAMES MARVIN BOWMAN, JR. | MAGISTRATE JUDGE HORNSBY |

### ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 58), and after an independent review of the record, including the written objections filed by Defendant (Record Document 78), and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Defendant James Marvin Bowman's Motion to Suppress Wiretaps (Record Document 49) and Motion to Suppress Physical Evidence (Record Document 50) be and are hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 26th day of June, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE